**Order entered February 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01035-CV

**EAGLE I, JAMES P. GRAHAM AND ANIMAL HOUSE, Appellants**

**V.**

**DAVID POTTER, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00570**

## ORDER

Before the Court is appellants' February 2, 2015, agreed motion to abate the appeal. In the motion, appellants state that all parties have entered into a settlement agreement regarding this dispute and ask this Court to allow them time to complete the agreement. We **GRANT** appellants' motion to abate for settlement purposes, suspend the briefing deadlines, and **ABATE** the appeal. The appeal will be reinstated March 2, 2015, or upon motion by the parties, whichever occurs sooner.

/s/     CRAIG STODDART
JUSTICE